DOWNEY, Appellant, v. HODGINS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Patrick H. Downey against William H. Hodgins and another. D. L. Weil, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DOYLE, Appellant, v. DELANEY, Respondent. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Thomas S. Doyle against Joseph M. Delaney. R. L. Cutting, for appellant. W. J. Barr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

DUFFY, Appellant, v. TODD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Benjamin J. Duffy against Caroline E. Todd and others. No opinion. Judgment and order unanimously affirmed, with costs.

---

DUTCHESS COUNTY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by Dutchess county against the state of New York. No opinion. Judgment unanimously affirmed, with costs to the respondent.

---

EBLING BREWING CO., Respondent, v. NEW YORK CITY INTERBOROUGH R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by the Ebling Brewing Company against the New York City Interborough Railroad Company. G. W. Wickersham, for appellant. H. Nathan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

EISIG, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Monash Eisig against John or Isaac Smith. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

ENEQUIST, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by John Enequist against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

ENEQUIST, v. READ HOLLIDAY & SONS, Limited, et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Erik Enequist against Read Holliday & Sons, Limited, and others; Read Holliday, as trustee, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

ENGELBERG, Respondent, v. CAVANAGH BROS. & CO., Appellants. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Kopel Engelberg against Cavanagh Bros. & Co. From a judgment for plaintiff, defendants appeal. Affirmed. Steiner & Peterson, for appellants. Abraham H. Solotaroff, for respondent.

SCOTT, P. J. There was nothing in this case except a question of fact, and I see no reason for disturbing the verdict of the jury. In my opinion tne judgment should be affirmed, with costs.

BISCHOFF, J., concurs.

TRUAX, J. (dissenting). The plaintiff contracted to make for the defendant a quantity of belts out of the "best white oak tanned strap leather, government standard, weighing not less than six ounces to the square foot." The said belts were to be of "dark russet and equal in quality to that shown in the standard sample." There is no evidence in the case that the leather was "government standard," and the evidence in the case shows that the belts were made out of leather weighing less than six ounces to the square foot, and that they were not of dark russet color but were light russet. The plaintiff, not having kept his contract, cannot recover under it. Judgment appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

---

In re ENNIS et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Thomas A. Ennis and Charles F. Stoppani to vacate an order for the examination of John J. Roach. No opinion. This appeal may be withdrawn on payment of $10 costs and disbursements.

---

FANNING, Respondent, v. VARICK CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Thomas J. Fanning against the Varick Contracting Company. E. Russell, for appellant. M. J. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

FARRELL, Respondent, v. GASKILL, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Thomas F. Farrell against Georgie E. Gaskill. R. L. Cutting, for appellant. P. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re FAY. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) In the matter of Edward Leo Fay, an attorney. No opinion. Upon reading and filing certified copy of the record of conviction of said Edward Leo Fay of a felony, he is disbarred and removed from his office of attorney and counselor at law, and his name ordered stricken from the roll of attorneys and counselors.

---

FELDMAN, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Samuel Feldman against Schalam Goldberg. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

---

FELTENSTEIN, Appellant, v. ERNST et al., Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Sidonia Feltenstein against Moritz